IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jason Warren,                                          :
                                                       :
              Plaintiff(s),                            :
                                                       :      Case Number: 1:18cv543
       vs.                                             :
                                                       :      Judge Susan J. Dlott
Commissioner of Social Security,                       :
                                                       :
              Defendant(s).                            :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States

District Court for the Southern District of Ohio Western Division to United States Magistrate Judge

Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and

filed with this Court on August 26, 2019 a Report and Recommendation (Doc. 10). Subsequently, the

plaintiff filed objections to such Report and Recommendation (Doc. 12) and the defendant filed a

response to the objections (Doc. 13).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de

novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine

that such Recommendation should be adopted.

Accordingly, based upon the Court's review of the documents, it is ORDERED that

defendant's decision is supported by substantial evidence and is hereby AFFIRMED. This case is

hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court